UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>$1,152,366.18 IN FUNDS FROM BENDURA BANK AG, PORTFOLIO NUMBER XX5.280, HELD IN THE NAME OF GOLDEN CASTLE TECHNOLOGY LIMITED; $53,020.18 IN FUNDS FROM BENDURA BANK AG. PORTFOLIO NUMBER XX3.200, HELD IN THE NAME OF YOUNES NASRI<br><br>                             Defendants. | Case No.: 21-cv-1134-WQH-BLM<br><br>**ORDER** |

HAYES, Judge:

      Upon consideration of the parties' second Joint Motion to Stay Civil Forfeiture Proceedings (ECF No. 17), and good cause appearing,

      IT IS HEREBY ORDERED that the second Joint Motion to Stay Civil Forfeiture Proceedings (ECF No. 17) is granted due to the ongoing criminal prosecution of Claimant

1  Younes Nasri and others.  This case, including Claimant's time period to file a responsive
2  pleading in accordance with Supplemental Rule G(5), and all discovery and actions other
3  than motions by the United States to amend the complaint, is stayed for an additional period
4  of time until November 29, 2021.  The stay will be lifted upon further order of the Court.

5  Dated:  October 26, 2021

6  Hon. William Q. Hayes
7  United States District Court