UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>v.<br><br>$1,152,366.18 IN FUNDS FROM BENDURA BANK AG, PORTFOLIO NUMBER XX5.280, HELD IN THE NAME OF GOLDEN CASTLE TECHNOLOGY LIMITED, et al.,<br><br>                                Defendants. | Case No.:  21-CV-1134-WQH(BLM)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING AND DECLINING TO IMPOSE SANCTIONS** |

On February 8, 2022, the Court issued an order setting an Early Neutral Evaluation Conference ("ENE") for March 14, 2022.[1]  ECF No. 27.  The order stated in relevant part:

> All parties, adjusters for insured parties, and other representatives of a party having full and complete authority to enter into a binding settlement, and the principal attorneys responsible for the litigation, must be present **via videoconference** and legally and factually prepared to discuss settlement of the case.  <u>Counsel appearing without their clients (whether or not counsel has been given settlement authority) will be cause for immediate imposition of sanctions and may also result in the immediate termination of the conference.</u>

---

[1] The Court later continued the ENE to March 23, 2022.  See ECF Nos. 30, 31.

1 | Id. at 2.

2   On March 23, 2022, the Court held a videoconference ENE.  ECF No. 33.  Younes Nasri, Claimant, failed to appear.  See ECF No. 35.  Accordingly, the Court ordered Younes Nasri to appear before the Honorable Barbara L. Major on April 19, 2022 at 9:30 a.m. to show cause why sanctions should not be imposed for failing to follow this Court's order.  Id.  The Court further ordered Mr. Nasri to file a declaration regarding his failure to appear and the possible imposition of sanctions on or before April 12, 2022.  Id.  Mr. John C. Lemon, Mr. Nasri's counsel, filed a timely declaration on April 12, 2022.  ECF No. 38.

Having reviewed the declaration, the Court declines to impose sanctions on Mr. Nasri and hereby **VACATES** the April 19, 2022 Order to Show Cause hearing.

**IT IS SO ORDERED**.

Dated:  4/12/2022

Hon. Barbara L. Major
United States Magistrate Judge